**Edward C. SCHWENK, Appellant,**

v.

**Linda Sue SCHWENK, Respondent.**

No. 50058.

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1986.

Motion for Rehearing and/or Transfer
Denied May 28, 1986.

Charles R. Oldham, Anne V. Maloney, St. Louis, for appellant.

Sachs & Miller, Sandford J. Miller, Clayton, for respondent.

## ORDER

PER CURIAM.

Plaintiff appeals from a dissolution of marriage judgment contending the amount the trial court ordered him to pay toward the support of his two minor children was excessive. The judgment is affirmed in accordance with Rule 84.16(b).